JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ARREDONDO, individual and class representative on behalf of himself and all other similarly situated non-exempt former and current employees<br><br>　　Plaintiffs,<br><br>　　v.<br><br>MAIN ELECTRIC SUPPLY COMPANY LLC, a Company Limited Liability Company; CENTERLINE DRIVERS, LLC, a Nevada Limited Liability Company, PEOPLEREADY, INC. a Washington Corporation; and DOES 1 through 100, inclusive,<br><br>　　Defendants. | Case No. 8:24-cv-02390-DOC-ADS<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO**<br>**F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Filed:　September 26, 2024 |

# ORDER

The Court has reviewed the Joint Stipulation Requesting Voluntary Dismissal With Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff JUAN ARREDONDO ("Plaintiff") and Defendants MAIN ELECTRIC SUPPLY COMPANY LLC, CENTERLINE DRIVERS, LLC, and PEOPLEREADY, INC. ("Defendants") (collectively, the "Parties").

GOOD CAUSE APPEARING, the Parties' Stipulation requesting dismissal of this entire action <u>without prejudice</u> is hereby GRANTED, each party to bear their own attorneys' fees and costs. The case is hereby dismissed in its entirety and <u>without prejudice</u> as to Plaintiff's claims against Defendants.

**IT IS SO ORDERED.**

Dated:   December 30, 2024

*/s/ David O. Carter*
HON. JUDGE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

---

1
**ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL <u>WITHOUT PREJUDICE</u> PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 30th day of December, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registered users in this case.

                                      /s/ Shoham J. Solouki

                                      _____

                                      SHOHAM J. SOLOUKI